# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                            MAGISTRATE JUDGE'S DOCKET
                                        NO. 2005-M-0412-RBC-01
                                                       -02

RAFAEL GONZALEZ,
JUAN JOSE RODRIGUEZ,
    Defendants.

# *MEMORANDUM AND ORDER OF DETENTION PURSUANT TO 18 U.S.C. § 3142(e)*

COLLINGS, U.S.M.J.

The defendants appeared for a detention hearing on March 2, 2005 with separate counsel; the Assistant United States Attorney was present.

At the detention hearing, defendants' counsel and indicated that they had nothing to present at this time in opposition to the Government's request that the defendants be detained pending trial. In view of the nature of the charges, I find that there are no conditions or combination of conditions which will

reasonably assure the defendants' appearance and the safety of other persons and the community.  Accordingly, pursuant to  18 U.S.C. § 3142(e), it is ORDERED that the defendants be, and they hereby are, DETAINED pending trial of the charges contained in the above-styled Complaint.  Pursuant to 18 U.S.C. § 3142(e), my general finding is contained *supra* .   Since detention in this case is not contested, at least as of the time of the detention hearing, I do not make any subsidiary findings and conclusions at this time.  Further pursuant to 18 U.S.C. § 3142(i), it is ORDERED that:

>   (l)  The defendants be, and they hereby are, committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
>
>   (2)   The defendants be afforded reasonable opportunity for private consultation with their counsel; and
>
>   (3)  On Order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendants are confined deliver the defendants to an authorized Deputy U. S. Marshal for the purpose of any appearance in connection with a court proceeding.

Review of the within Detention Order may be had by the defendants filing a motion for revocation or amendment of the within Order pursuant to 18

U.S.C. Sec. 3145(b).

This order is without prejudice to either or both defendants filing a motion at any time seeking a full detention hearing and the setting of conditions of release at any time in the future regardless of whether there have been changed circumstances. If such a motion is filed, the Court will conduct the full detention hearing at its earliest convenience.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  March 2, 2005.