AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

RAFAEL GONZALEZ & JUAN JOSE RODRIGUEZ

**EXHIBIT AND WITNESS LIST**

Case Number: 05-0412

| PRESIDING JUDGE ROBERT B COLLINGS | PLAINTIFF'S ATTORNEY BLOOMER | DEFENDANT'S ATTORNEY LISTON & GLASER |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER DIGITAL | COURTROOM DEPUTY NOREEN A. RUSSO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | WITNESS ONE:  SPECIAL AGENT G. RYAN ARNOLD |
| 1 | | 3.2.2005 | X | X | PHOTO OF HAMMOCK POLES |
| 2 | | 3.2.2005 | X | X | REG. OF MOTOR VEHICLES PRINT OUT |
| 3 | | 3.2.2005 | X | X | AVIS RENTAL RECEIPT |
| 4A | | 3.2.2005 | X | X | PHOTO OF VEHICLE HATCHBACK |
| 4B | | 3.2.2005 | X | X | PHOTO OF HATCHBACK |
| 5 | | 3.2.2005 | X | X | PHOTO OF POLES OPENED. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1      Pages